UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO: 1:20-CV-00010-MOC

| | |
|---|---|
| **RICHARD BURNETTE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ANDREW M. SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's Motion for Stay of Proceedings. See Doc. No. 5. Having considered the unopposed motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that, for good cause shown, Defendant's Motion for Stay of Proceedings, is **GRANTED**, and the proceedings are **STAYED** until such time that the Commissioner is able to produce a certified transcript of the record.

Signed: April 15, 2020

Max O. Cogburn Jr.
United States District Judge